UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

STOCK BUILDING SUPPLY, INC.

Plaintiff,

v. Civil Action No.: 3:05CV00022

WESTWOOD ASSOCIATES, L.C., et al.

Defendants.

**JAMES B. NELIGAN'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendant James B. Neligan ("Neligan"), by counsel and pursuant to Fed. R. Civ. P. 56, hereby moves this Court to grant summary judgment in his favor and to deny Plaintiff's Motion for Summary Judgment. The grounds for this Motion are set forth in the accompanying Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment. Neligan hereby requests oral argument.

WHEREFORE Neligan moves the Court to deny Plaintiff's Motion for Summary Judgment and grant Neligan's Cross-Motion for Summary Judgment, to dismiss with prejudice this action and to award Neligan his costs and expenses incurred in this matter.

Respectfully submitted,

JAMES B. NELIGAN

By Counsel

s/ David H. Pettit, Esq.; VSB #: 17529
s/ Michael E. Derdeyn, Esq.; VSB #: 40240
Attorneys for James B. Neligan
Feil, Pettit & Williams, PLC
530 East Main Street
Charlottesville, Virginia 22902
Telephone: (434) 979-1400
Fax: (434) 977-5109

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of August, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bradley W. Fitzgerald, Esq.
Woods Rogers, PLC
10 South Jefferson Street
Wachovia Tower, Suite 1400
Roanoke, Virginia 24011
Counsel for Plaintiff

D. Brock Green, Esq.
Jones and Green, LLP
917 East Jefferson Street
Charlottesville, Virginia 22902
Counsel for Defendant Westwood Associates, L.C.

Edward B. Lowry, Esq.
Michie, Hamlett, Lowry, Rasmussen & Tweel, P.C.
500 Court Square, Suite 300
Charlottesville, VA 22902
Counsel for Defendant Thomas S.M. Brannock

John H. Kitzmann, Esq.
Davison & Kitzmann PLC
211 East High Street
Charlottesville, VA 22902
Counsel for Defendant Patrick D. King, Sr.

s/ Michael E. Derdeyn