CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

SEP 1 5 2006

JOHN F. CORCORAN, CLERK
BY: K Dotson
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### at Harrisonburg

| | | |
|---|---|---|
| STOCK BUILDING SUPPLY, INC, | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 3:05cv00022 |
| v. | ) | |
| | ) | **ORDER** |
| WESTWOOD ASSOCIATES, L.C., *et als.*, | ) | (Cancelling Scheduled Medication) |
| | ) | |
| Defendants | ) | |

The remaining parties, by their respective counsel of record, having represented that they have resolved all outstanding issues and claims between them, it is ORDERED that the mediation conference, previously scheduled for September 15, 2006, be, and it hereby is, cancelled.

ENTER: this 15th day of September, 2006

[signature]
United States Magistrate Judge.