**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Charlottesville Division**

| | | |
|---|---|---|
| STOCK BUILDING SUPPLY, INC. f/k/a<br>CAROLINA BUILDERS CORPORATION<br>Plaintiff,<br><br>vs.<br><br>WESTWOOD ASSOCIATES, L.C.,<br>THOMAS S.M. BRANNOCK, JAMES B.<br>NELIGAN, and PATRICK D. KING, SR.<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 3:05-CV-00022<br>(NKM) |

**STIPULATION OF MUTUAL DISMISSAL WITH PREJUDICE**

NOW COMES Plaintiff and Defendants Thomas S.M. Brannock, James B. Neligan and Patrick D. King, Sr., and hereby mutually dismiss this action, all claims, defenses and requests for relief contained in the Complaint of Plaintiff, the Response of Thomas S.M. Brannock, the Answer of James B. Neligan and the Answer of Patrick D. King, Sr., pursuant to Rule 41(a) of the Federal Rules of Civil Procedure with prejudice.

This the 5th day of October, 2006.

Respectfully submitted,

STOCK BUILDING SUPPLY, INC.

By: /s/ Bradley W. Fitzgerald
Of Counsel

Bradley W. Fitzgerald, Esq. (VSB #23858)
WOODS ROGERS, PLC
10 South Jefferson Street
Wachovia Tower, Suite 1400
Roanoke, Virginia 24011
Telephone: 540-983-7600
Facsimile: 540-983-7711
E-mail: fitzgerald@woodsrogers.com

*Co-counsel for Plaintiff, Stock Building Supply, Inc.*

Byron L. Saintsing, Esq. (NCSB #16035)
SMITH DEBNAM NARRON WYCHE SAINTSING & MYERS, LLP
4601 Six Forks Road
Raleigh, NC 27609
Telephone: 919-250-2000
Facsimile: 919-250-2100
E-mail: bsaintsing@smithdebnamlaw.com

*Co-counsel for Plaintiff, Stock Building Supply, Inc.*

/s/ Edward B. Lowry
Edward B. Lowry, Esq. (VSB # 12199)
MICHIE, HAMLETT, LOWRY, RASMUSSEN & TWEEL, P.C.
500 Court Square, Suite 300
Charlottesville, VA 22902
Telephone: 434-951-7220
Facsimile: 434-951-7240
*Counsel for Defendant Thomas S.M. Brannock*

/s/ Michael Derdeyn
Michael Derdeyn, Esq. (VSB # 40240)
FEIL, PETTIT, & WILLIAMS, P.L.C.
P.O. Box 2057
Charlottesville, VA 22902-2057
Telephone: 434-979-1400
Facsimile: 434-977-5109
*Counsel for Defendant James B. Neligan*

/s/ John H. Kitzmann
John H. Kitzmann, Esq. (VSB # 44253)
DAVIDSON & KITZMANN, PLC
211 E. High Street
Charlottesville, VA 22902
Telephone: 434-972-9600
Facsimile: 434-220-0011
*Counsel for Defendant Patrick D. King, Sr.*

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

| | | |
|---|---|---|
| STOCK BUILDING SUPPLY, INC. f/k/a<br>CAROLINA BUILDERS CORPORATION<br>Plaintiff,<br><br>vs.<br><br>WESTWOOD ASSOCIATES, L.C., THOMAS<br>S.M. BRANNOCK, JAMES B. NELIGAN,<br>and PATRICK D. KING, SR.<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 3:05-CV-00022 |

I hereby certify that on the 5th day of October, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

D. Brock Green, Esq.
Jones and Green, LLP
917 East Jefferson Street
Charlottesville, Virginia 22902
Counsel for Defendant Westwood Associates, L.C.

Edward B. Lowry, Esq.
Michie, Hamlett, Lowry, Rasmussen & Tweel, P.C.
500 Court Square, Suite 300
Charlottesville, VA 22902
Counsel for Defendant Thomas S.M. Brannock

Michael Derdeyn, Esq.
Feil, Pettit, & Williams, P.L.C.
P.O. Box 2057
Charlottesville, VA 22902-2057
Counsel for Defendant James B. Neligan

John H. Kitzmann, Esq.
Davidson & Kitzmann, PLC
211 E. High Street
Charlottesville, VA 22902
Counsel for Defendant Patrick D. King, Sr.

/s/ Bradley W. Fitzgerald
Bradley W. Fitzgerald