CLERK'S OFFICE U.S. DIST COURT
AT CHARLOTTESVILLE, VA
FILED

OCT 10 2006

JOHN F. CORCORAN, CLERK
BY: [signature]
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA

CHARLOTTESVILLE DIVISION

STOCK BUILDING SUPPLY, INC. f/k/a CAROLINA BUILDERS CORPORATION ,

*Plaintiff,*

v.

WESTWOOD ASSOCIATES, L.C., *et al.*,

*Defendants.*

CASE NO. 3:05-CV-00022

ORDER

JUDGE NORMAN K. MOON

This matter is before the Court on the October 10, 2006 Joint Stipulation of Dismissal. The case is hearby ORDERED dismissed and stricken from the docket of this court.

The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record.

ENTERED: [signature: Norman K. Moon]
U.S. District Judge

10-10-06
Date